# United States Court of Appeals for the Federal Circuit

_____

December 6, 2012
**ERRATA**

_____

2011-7159

**NATHAN KING,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee,*

_____

Decided: December 5, 2012

Precedential Opinion

_____

Please make the following correction:

Page 1,

Lower court number "09-4533" to "09-2176".